Opinion by WALKER, J.   It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391).   In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported.   The protests were therefore sustained.

No. 46659.—Protests 980986–G, etc., of F. W. Myers & Co., Inc. (Ogdensburg).

Opinion by WALKER, J.   It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391).   In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported.   The protests were therefore sustained.

No. 46660.—Protests 972369–G, etc., of F. W. Myers & Co., Inc. (Ogdensburg).

Opinion by WALKER, J.   It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391).   In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported. The protests were therefore sustained.

No. 46661.—Protests 17332–K, etc., of F. W. Myers & Co. (Ogdensburg).

Opinion by WALKER, J.   It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391).   In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported. The protests were therefore sustained.

No. 46662.—Protests 41211–K, etc., of Central Vermont Railway, Inc. (St. Albans).

Opinion by WALKER, J.   It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391).   In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported. The protests were therefore·sustained.

No. 46663.—Protests 48748–K, etc., of A. N. Deringer, Inc. (St. Albans).